UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                       -against-

CLARENCE SAMUEL,

                             Defendant.

---------------------------------------------------------- X

24 Cr. 241 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Clarence Samuel's sentencing hearing will be held on **August 5, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall be filed on or before **July 15, 2024**.  The Government's sentencing submission, if any, shall be filed by **July 22, 2024.**

Dated: April 29, 2024
       New York, New York

                                    **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**