

# COHEN FORMAN BARONE, PC
## AN EXPERIENCED LAW FIRM

**DAVID J. COHEN**
david@cfblaw.com

**CORY FORMAN**
cory@cfblaw.com

**CARLA A. BARONE**
carla@cfblaw.com

**BENJAMIN L. SIMPSON**
ben@cfblaw.com

RAOUL FELDER
OF COUNSEL

LABE M. RICHMAN
OF COUNSEL

June 7, 2024

Hon. Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Clarence Samuel; 1:24-cr-00241-LGS**

Dear Honorable Judge Lorna G. Schofield:

As the attorney for Mr. Samuel, whose sentencing is scheduled for August 5, 2024, I write to the Court to request permission for Mr. Samuel to travel from his home in New Jersey to the state of Maryland.

The purpose of the requested travel permission is to allow Mr. Samuel to visit a friend, Rafer Riller, who recently had brain surgery. Mr. Riller resides at: 11930 St. Francis Way Mitchellville, MD 20721. Mr. Samuel is planning to travel with his dad, Henry Samuel on June 22, 2024, visit his friend, stay one night at the DoubleTree by Hilton Hotel Downtown Wilmington located at 700 N King St, Wilmington, DE 19801, and drive back to his home in New Jersey on June 23, 2024.

The United States Pretrial Services for the District of New Jersey consents to this request, and the government, as well as SDNY Pretrial Services, have no objections to this request.

Application Granted.  Defendant's conditions of release are temporarily modified to permit travel to the District of Maryland from June 22, 2024, and returning on June 23, 2024. All other conditions of release shall remain in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen, Esq.
Cohen Forman Barone, PC
950 Third Avenue
New York, NY 10022
david@cfblaw.com

Dated: June 17, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**