UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   24 Cr. 241 (LGS)
              -against-                                     :
                                                            :   ORDER
CLARENCE SAMUEL,                                            :
                                          Defendant.        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for August 5, 2024, is adjourned to **September 3, 2024, at 11:00 a.m.**

Dated:  August 1, 2024
        New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**