**COHEN FORMAN BARONE, PC**
WE BRING YOU PEACE OF MIND

DAVID J. COHEN david@cfblaw.com
CORY FORMAN cory@cfblaw.com
CARLA A. BARONE carla@cfblaw.com
BENJAMIN L. SIMPSON ben@cfblaw.com

November 17, 2026

**Hon. Judge Lorna G. Schofield**
**Thurgood Marshall**
**United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

Whereas, on July 31, 2026, supervision of Defendant Clarence Samuel was transferred to the District of New Jersey (Dkt. No. 37). This application is DENIED without prejudice to renewal in the appropriate jurisdiction. The Clerk of the Court is directed to terminate the letter motion at docket number 38.
Dated: November 18, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: United States v. Clarence Samuel; 1:24-cr-00241-LGS**

Dear Honorable Judge Lorna G. Schofield:

Counsel was previously assigned CJA counsel for defendant Clarence Samuel. The appointment was completed in 2024, and the CJA voucher submitted and finalized. Mr. Samuel completed his incarceratory period and is currently on supervised release. I am writing to the Court with a request from Mr. Samuel that I be re-assigned to represent Mr. Samuel in an application for early termination of supervised release.

Mr. Samuel's supervised release was transferred to the District of New Jersey. My office communicated with the Courtroom Deputy, Jacqueline Lambiase, of the Honorable Claire C. Cecchi's Court in the District of New Jersey. Deputy Lambiase confirmed that she had been advised by the Court's CJA department that: "This case is closed here [the District of New Jersey] because it was transferred to the Southern District of NY [New York]. They would have to appoint them in that District since we no longer have a case."

It is my understanding based on the above communication that the District of New Jersey's CJA counsel will not be appointed to represent Mr. Samuel in any application to any court. Assuming this is correct, it seems appropriate that I would file his application in the Southern District of New York.

Thank you for your consideration of Mr. Samuel and counsel's request.

Respectfully,

**//s// David Jason Cohen //s//**
David Jason Cohen, Esq.
Cohen Forman Barone, PC
950 Third Avenue
New York, NY 10022
david@cfblaw.com